1:26-cr-00484
Judge LaShonda A. Hunt
Magistrate Judge Daniel P. McLaughlin
RANDOM/ Cat. 4

FILED
9/10/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CALLAHAN | No.<br><br>Violation: Title 21, United States Code, Section 846 |

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around December 2024 and continuing until on or about March 20, 2025, at Markham, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER CALLAHAN,

defendant herein, did conspire with Individual A, Individual B, Individual D, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

AARON BOND Digitally signed by AARON BOND Date: 2026.09.03 14:22:22 -05'00'

Signed by Aaron R. Bond on behalf of
the UNITED STATES ATTORNEY